LAW OFFICES

# SWEENEY & SHEEHAN

A PROFESSIONAL CORPORATION

SENTRY OFFICE PLAZA
SUITE 300
216 HADDON AVENUE
WESTMONT, NJ 08108

**ROBYN F. MCGRATH**
(215) 963-2485
robyn.mcgrath@sweeneyfirm.com
*Admitted in PA and NJ*

(856) 869-5600 PHONE
(856) 869-5605 FAX

PENNSYLVANIA OFFICE
19TH FLOOR – 1515 MARKET STREET
PHILADELPHIA, PA 19102-1983

(215) 563-9811  PHONE
(215) 557-0999  FAX

April 11, 2024

**VIA ECF FILING**
The Honorable Karen M. Williams
United States District Court for
  the District of New Jersey
4th & Cooper Streets
Courtroom 4A
Camden, NJ 08101

      Re:    Aljafari v. Pep Boys, et al
             Docket No.  1:21-cv-16297
             Our File:  PBE-1107

Dear Judge Williams:

      Please be advised that the undersigned is in receipt of an executed release with regard to the above-captioned matter and, therefore, Defendants withdraw their Motion to Enforce Settlement.

          Very truly yours,

          **SWEENEY & SHEEHAN**

          By: _____
             Robyn F. McGrath

RFM/tc
cc:  Marc A. Weinberg, Esquire